HENRY P. STONE et al., as Executors, etc., Appellants, *v.*
THOMAS B. KENNEY, Respondent.

(Argued January 23, 1889; decided February 8, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made April 17, 1886, which affirmed a judgment in favor of defendants, entered upon a decision of the court on trial at circuit.

*J. M. Dunning* for appellants.

*Levi H. Brown* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.